**Order entered July 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00019-CV

### IN THE INTEREST OF A.E.R. AND E.N.R., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51128-2012**

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Before the Court is appellant's July 21, 2015 Motion to Suspend (Partially) Trial Court' s

Order Pending Appeal.  We **DENY** the motion.

/s/ CRAIG STODDART
   JUSTICE